JS-6

# U.S. DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIM BEAUCHAMP-LEGAT, an individual<br><br>Plaintiff,<br><br>v.<br><br>CONVERGENT OUTSOURCING, INC.; and DOES 1-10;<br><br>Defendant. | Case No.: 5:16-cv-00054-VAP-KK<br><br>**ORDER UPON PLAINTIFF'S NOTICE OF DISMISSAL, WITH PREJUDICE, PURSUANT TO RULE 41** |

Pursuant to the Notice of Plaintiff, this matter is now dismissed in its entirety, with prejudice, pursuant to Rule 41.

IT IS SO ORDERED.

*Virginia A. Phillips*

DATED: April 7, 2016

The Honorable Judge of the
U.S. District Court

1
**Notice of Dismissal**